```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEANNA E. HUSSEY,

                Plaintiff,

        - against -

NEW YORK STATE DEPARTMENT OF
LAW/OFFICE OF ATTORNEY GENERAL,
HON. GOVERNOR ANDREW CUOMO,
JAMES ROGERS, EUGENE LEFF,
KATHERINE KENNEDY AND JANICE DEAN
IN THEIR INDIVIDUAL CAPACITIES,

                Defendants.
------------------------------------------------------------X
```

**JUDGMENT**
11-CV-0206 (RRM) (RLM)

A Memorandum and Order of the undersigned having been issued this day granting defendants' motion to dismiss and ordering that all claims brought by plaintiff as against defendant be dismissed, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       March 20, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge